B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Georgia - Atlanta Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Drug Transport, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**58-1452791** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1939 Forge Street**<br>**Tucker, GA**<br>ZIP Code **30084** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DeKalb** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11        ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13        ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."        ■ Debts are primarily business debts. |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**        THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ■<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ■<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Drug Transport, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Drug Transport, Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ Gregory D. Ellis**
Signature of Attorney for Debtor(s)

**Gregory D. Ellis 245310**
Printed Name of Attorney for Debtor(s)

**Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.**
Firm Name

**3343 Peachtree Road, N.E.**
**Ste. 550**
**Atlanta, GA 30326**

Address

**404-262-7373  Fax: 404-262-9911**
Telephone Number

**August 11, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bayard Hollingsworth**
Signature of Authorized Individual

**Bayard Hollingsworth**
Printed Name of Authorized Individual

**Chief Restructuring Officer**
Title of Authorized Individual

**August 11, 2014**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re   **Drug Transport, Inc.**                               ,     Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION

## <u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| **DB&D Investments, LLC** | | **08/11/14** |
| **Northern District of Georgia** | **Affiliate** | |
| **DTI Logistics, Inc.** | | **08/11/14** |
| **Northern District of Georgia** | **Affiliate** | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re    **Drug Transport, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Apex Capital Corp**<br>**P.O. Box 961029**<br>**Fort Worth, TX 76161-1029** | **Tricia O'Gorman**<br>**Apex Capital Corp**<br>**P.O. Box 961029**<br>**Fort Worth, TX 76161-1029**<br>**800-511-6022x2246** | **Trade debt** | | **524,849.55** |
| **Ryder Transportation Ser.**<br>**P O Box 402366**<br>**Atlanta, GA 30384-2366** | **Ryder Transportation Ser.**<br>**P O Box 402366**<br>**Atlanta, GA 30384-2366**<br>**770-939-4090** | **Trade debt** | | **418,824.81** |
| **Anthony Costa**<br>**49 Grandview Ave.**<br>**South Yarmouth, MA  02664** | **Anthony Costa**<br>**49 Grandview Ave.**<br>**South Yarmouth, MA  02664**<br>**508-641-7229** | **Money Loaned** | | **250,000.00** |
| **Direct Access Transport**<br>**PO Box 2617**<br>**Guasti, CA 91743** | **Direct Access Transport**<br>**PO Box 2617**<br>**Guasti, CA 91743**<br>**909-829-7649** | **Trade debt** | | **204,405.00** |
| **Transam Financial Services**<br>**PO BOX 872632**<br>**Kansas City, MO 64187** | **Transam Financial Services**<br>**PO BOX 872632**<br>**Kansas City, MO 64187**<br>**913-393-6110** | **Trade debt** | | **138,993.00** |
| **Pilot Receivables LLC**<br>**5500 Lonas Drive**<br>**Suite 260**<br>**Knoxville, TN 37909** | **Vickie Rutherford**<br>**Pilot Receivables LLC**<br>**5500 Lonas Drive, Ste. 260**<br>**Knoxville, TN 37909**<br>**800-562-6210 x2908** | **Trade debt** | | **134,645.62** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Drug Transport, Inc.**                               Case No.                           

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Boswell Oil**<br>**150 Floyd Drive**<br>**Athens, GA 30607** | **Boswell Oil**<br>**150 Floyd Drive**<br>**Athens, GA 30607**<br>**706-546-8863** | **Trade debt** | | **132,274.65** |
| **FirstLine Funding Group**<br>**PO Box 328**<br>**Madison, SD 57042** | **Terresa Leesche**<br>**FirstLine Funding Group**<br>**PO Box 328**<br>**Madison, SD 57042**<br>**877-609-6717 x1360** | **Trade debt** | | **129,323.00** |
| **RTS Financial Service**<br>**P O Box 840267**<br>**Dallas, TX 75284-0267** | **Mukti Gandhi**<br>**RTS Financial Service**<br>**P O Box 840267**<br>**Dallas, TX 75284-0267**<br>**913-890-6652**<br>**800-860-7926** | **Trade debt** | | **116,812.48** |
| **C & C Trucking Services**<br>**23060 Fall River Road**<br>**Moreno Valley, CA 92557** | **C & C Trucking Services**<br>**23060 Fall River Road**<br>**Moreno Valley, CA 92557**<br>**323-810-9328** | **Trade debt** | | **89,350.00** |
| **Royalty Capital, Inc.**<br>**8309 Laurel Canyon**<br>**Blvd. #301**<br>**Sun Valley, CA 91352** | **Jasmin**<br>**Royalty Capital, Inc.**<br>**8309 Laurel Canyon, Blvd. #301**<br>**Sun Valley, CA 91352**<br>**888-210-0332** | **Trade debt** | | **73,805.00** |
| **Interstate Capital Corp.**<br>**P O Box 915183**<br>**Dallas, TX 75391-5183** | **Interstate Capital Corp.**<br>**P O Box 915183**<br>**Dallas, TX 75391-5183**<br>**575-589-0555** | **Trade debt** | | **69,615.00** |
| **TBS Factoring Service LLC**<br>**P.0. Box 210513**<br>**Kansas City, MO 64121** | **Larry**<br>**TBS Factoring Service LLC**<br>**P.0. Box 210513**<br>**Kansas City, MO 64121**<br>**800-207-7661x149** | **Trade debt** | | **65,465.50** |
| **Advantage Truck Leasing**<br>**Interstate Billing**<br>**P.o. Box 2208**<br>**Decatur, AL 35609-2208** | **Debbie Regina**<br>**Interstate Billing**<br>**PO Box 2208**<br>**Decatur, AL 35609-2208**<br>**800-332-9140 x 2608** | **Trade debt** | | **62,830.48** |

B4 (Official Form 4) (12/07) - Cont.

In re     **Drug Transport, Inc.**                                                    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Angela Costa**<br>**180 Seaview Court**<br>**Unit 313**<br>**Marco Island, FL  34145** | **Angela Costa**<br>**180 Seaview Court**<br>**Unit 313**<br>**Marco Island, FL  34145** | **Money Loaned** | | **60,000.00** |
| **Landstar Ranger, Inc**<br>**P O Box 8500**<br>**Philadelphia, PA 19178** | **Landstar Ranger, Inc**<br>**P O Box 8500**<br>**Philadelphia, PA 19178**<br>**904-399-8909** | **Trade debt** | | **59,950.00** |
| **MIKA Transport, Inc.**<br>**1614 Larry Lane**<br>**Glendale Heights, IL 60139** | **MIKA Transport, Inc.**<br>**1614 Larry Lane**<br>**Glendale Heights, IL 60139**<br>**630-628-3501** | **Trade debt** | | **58,890.00** |
| **T.G.R. Transport**<br>**13990 Fir Street**<br>**Oregon City, OR 97045** | **T.G.R. Transport**<br>**13990 Fir Street**<br>**Oregon City, OR 97045**<br>**503-517-3566** | **Trade debt** | | **53,050.00** |
| **Petroleum Traders Corp**<br>**7120 Pointe Inverness Way**<br>**Fort Wayne, IN 46804** | **Jan Krusen**<br>**Petroleum Traders Corp**<br>**7120 Pointe Inverness Way**<br>**Fort Wayne, IN 46804**<br>**800-348-3705 x 6369** | **Trade debt** | | **51,677.53** |
| **Advanced Commercial Capital**<br>**761 E Enterprise Drive #1**<br>**St George, UT 84790** | **Advanced Commercial Capital**<br>**761 E Enterprise Drive #1**<br>**St George, UT 84790**<br>**435-673-4655** | **Trade debt** | | **45,670.00** |
| **Advance Business Capital LLC**<br>**P O Box 610028**<br>**Dallas, TX 75261-0028** | **R. Noriega**<br>**Advance Business Capital LLC**<br>**P O Box 610028**<br>**Dallas, TX 75261-0028**<br>**214-513-9612** | **Trade debt** | | **44,765.00** |
| **Ameriquest-Headquarters**<br>**G&K Services**<br>**62861 Collections Center Drive**<br>**Chicago, IL  60693** | **L.W. Johnson**<br>**Ameriquest-Headquarters**<br>**G&K Services**<br>**62861 Collections Center Drive**<br>**Chicago, IL  60693**<br>**630-925-7703** | **Trade debt** | | **39,547.70** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Drug Transport, Inc.**                                    Case No. _____
_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Rogelio Enrique Mejia<br>5748 S. Victoria Avenue<br>Los Angeles, CA  90043 | Rogelio Enrique Mejia<br>5748 S. Victoria Avenue<br>Los Angeles, CA<br>90043<br>310-386-7735 | Trade debt | | 38,780.00 |
| American Express<br>PO Box 650448<br>Dallas, TX  75265-0448 | American Express<br>PO Box 650448<br>Dallas, TX  75265-0448<br>877-571-4333 | Credit card debt | | 35,264.36 |
| Crestmark TPG LLC<br>PO Box 682348<br>Franklin, TN  37068 | Crestmark TPG LLC<br>PO Box 682348<br>Franklin, TN  37068 | Trade debt | | 29,650.00 |
| Bulex Service Corporation<br>540 Allendale Drive<br>Wheeling, IL  60090 | Bulex Service Corporation<br>540 Allendale Drive<br>Wheeling, IL  60090<br>847-520-8004 | Trade debt | | 28,906.25 |
| Great Lakes Petroleum<br>PO Box 668807<br>Charlotte, NC  28266 | Great Lakes Petroleum<br>PO Box 668807<br>Charlotte, NC  28266<br>704-357-0946 | Trade debt | | 27,132.17 |
| Southern Tire Mart<br>PO Box 1000<br>Dept. 143<br>Memphis, TN  38148 | K. Maney<br>Southern Tire Mart<br>PO Box 1000<br>Dept. 143<br>Memphis, TN  38148<br>770-962-4882 | Trade debt | | 26,971.00 |
| D-Jay Petroleum<br>PO Box 16<br>Gainesville, GA  30503 | D-Jay Petroleum<br>PO Box 16<br>Gainesville, GA  30503<br>770-532-6131 | Trade debt | | 26,663.60 |
| Fuel Masters<br>PO Box 90<br>Abilene, TX  79604 | Fuel Masters<br>PO Box 90<br>Abilene, TX  79604 | Trade debt | | 26,032.11 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Drug Transport, Inc.**                                    Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **August 11, 2014**                          Signature   /s/ Bayard Hollingsworth
_____                                    _____
                                                                 **Bayard Hollingsworth**
                                                                 **Chief Restructuring Officer**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

## United States Bankruptcy Court
### Northern District of Georgia - Atlanta Division

In re  **Drug Transport, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 11, 2014**

**/s/ Bayard Hollingsworth**

**Bayard Hollingsworth/Chief Restructuring Officer**
Signer/Title

.

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re    **Drug Transport, Inc.**

Debtor

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Patricia A. Tafel**<br>**302 Perimeter Center N**<br>**Apt. 2034**<br>**Atlanta, GA 30346** | | **17.5%** | **Common shares** |
| **Richard S. Lockwood, Sr.**<br>**415 Enclave Circle**<br>**Atlanta, GA 30342** | | **82.5%** | **Common shares** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**August 11, 2014**_____        Signature  **/s/ Bayard Hollingsworth**_____
                                                                                    **Bayard Hollingsworth**
                                                                                    **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

1st Priority Logistics
130 Desoto Ave Ste 2
Clarksdale, MS 38614


24 7 Express
P O Box 832
Fremont, CA 94537


7 Hills Transportation
P O Box 200217
Cartersville, GA 30120


A-1 Freight Systems LLC
172 W 9400 S.
Sandy, UT 84070


A.D.D. Trucking LLC
2250 W. 155th Place
Broomfield, CO 80023


A.L. Smith Trucking Inc
8984 Murphy Road
Versailles, OH 45380


AAA Southern Express
4470 Bowman Industrial Ct
Conley, GA 30288


Accord Transportation
600 E Higgi9ns Road
Suite 2B
Elk Grove Village, IL 60007


Accutrac Capital Inc
P O BOX 301847
Dallas, TX 75303-1847

Advance Business Capital LLC
P O Box 610028
Dallas, TX 75261-0028


Advanced Commercial Capital
761 E Enterprise Drive #1
St George, UT 84790


Advanced Disposal Services
P.O. Box 791413
Baltimore, MD 21279-1413


Advantage Truck Leasing
Interstate Billing
P.o. Box 2208
Decatur, AL 35609-2208


Aetna Freight Lines
P O Box 642585
Pittsburgh, PA 15264-2585


Aim Freight Trail Logistics
1533 Fallen Leaf Dr.
Marietta, GA 30064


Alabama Power Company
P O Box 242
Birmingham, AL 35292


All-Pro Carriers LLC
2223 Brookstone Centre
Suite C
Columbus, GA 31904


All-Ways Group LLC
P.O. Box 450854
Laredo, TX 78045

Allgood Services
455 Conn 206 NW
Douglas, GA 31055


Allgood Services Of Atlanta
P O Box 465327
Lawrenceville, GA 30042-5327


Allied Waste Services- Grnvl
P O Box 9001099
Louisville, KY 40290


Alpine Logistics LLC
619 W Highway 26
Blackfoot, ID 83221


Altex Transportation Inc
2600 Rice Ave.
West Sacramento, CA 95691


America Transportation Group
P O Box 451929
Laredo, TX 78045


American Express
P. O. Box 650448
Dallas, TX 75265-0448


American Messaging
P.O. Box 5749
Carol Stream, IL 60197-5749


American Transport, Inc.
P.O Box 640469
Department ATI
Pittsburgh, PA 15275

AmeriGas
P.O. Box 121219
Dept. 1219
Dallas, TX 75312-1219


Ameriquest-Headquarters
62861 Collections Cntr Dr
G&K Services
Chicago, IL 60693


Ameritrust Capital Corp
P O BOX 150993
Ogden, UT 84415


Amerson Tire Company, Inc.
609 Bowens Mill Road SW
Douglas, GA 31533-3929


Angela Costa
180 Seaview Ct
Unit 313
Marco Island, FL 34145


Anthony Costa
49 Grandview Drive
South Yarmouth, MA 02664


Anyway Logistics Inc
3021 S Golden State Front
Fresno, CA 93725


Apex Capital Corp
P.O. Box 961029
Fort Worth, TX 76161-1029


Armando Aguilar Trucking Cor
12070 Casa Linda Ct
Moreno, CA 92555

```
ASF Intermodal LLC
P O BOX 890059
Charlotte, NC 28289


Ashley's Business Solutions
P O Box 26
Tifton, GA 31793


Assist Financial Services
P O Box 347
Madison, SD 57042


AT&T
P.O. Box 105262
Atlanta, GA 30348-5262


Atlanta Fork Lifts, Inc.
3111 E Ponce de Leon Ave
Scottdale, GA 30079-1229


Atlanta Journal-Constitution
P.O. Box 660297
Dallas, TX 75266-0297


Atlanta Light Bulbs, Inc.
2109 Mountain Ind Blvd
Tucker, GA 30084


Atlanta Petroleum Equip.
4732-E North Royal Atl. D
Tucker, GA 30084


Atlantic Coast Carriers, Inc
P O Box 820
Hazlehurst, GA 31539
```

Augusta Overhead Door Sales
1529 Crescent Drive
Augusta, GA 30909


B.W. Mitchum Trucking Co.
P.O. Box 1639
Mount Pleasant, SC 29465


Baker Transportation, Inc.
P.O. Box 250
Cades, SC 29518


BB&T
PO Box 580340
Charlotte, NC 28258


Best Express
10784 Spring Valley
El Paso, TX 79927


Best In West Transportation
P O BOX 15366
North Hollywood, CA 91615


Bestway Systems Inc.
P O BOX 150465
Ogden, UT 84415-0465


BGM Logistic Inc
PO Box 2414
Melrose Park, IL 60164


Bibby Transportation Finance
PO BOX 100920
Atlanta, GA 30384

Bill's Produce Inc
2001 N. Indiana Ave.
Griffith, IN 46319


Bob Tynes & Associates, Inc
P. O. Box 725
Villa Rica, GA 30180


Boswell Oil
150 Floyd Drive
Athens, GA 30607


BR Express LLC
8 Stonehenge Cir
Apt 4
Baltimore, MD 21208


Branch Banking & Trust Co
200 W 2nd Street
Winston Salem, NC 27101-4019


Branch Banking & Trust Company
Parker Hudson Rainer & Dobbs,
285 Peachtree Ctr Ave NE #1500
Atlanta, GA 30303


Branch Banking & Trust Company
271 17th Street NW Ste 900
Atlanta, GA 30363-6201


Brown Trucking Company
P.O. Box 535203
Atlanta, GA 30353


Browning Transports Inc
PO BOX 750823
Memphis, TN 38175

Brubex Enterprises Inc
9621 Sterling Place
Saint Louis, MO 63123


Buddy Moore Trucking Inc
P O BOX 469
Opp, AL 36467


Bulex Service Corporation
540 Allendale Drive
Wheeling, IL 60090


Business Trucking Service
3240 Bandini Blvd.
Vernon, CA 90058


C & C Trucking Services
23060 Fall River Road
Moreno Valley, CA 92557


C & I Trucking
302 Crossbill
Laredo, TX 78045


C&K Trucking, LLC.
PO BOX 66014
Chicago, IL 60666-0014


Capital Associates
Dept 470
P O BOX 4869
Houston, TX 77210


Capital Credit Inc.
P O BOX 204695
Dallas, TX 75320

Capital Office Products
210 Fentress Blvd
Daytona Beach, FL 32114


Cardenas Trucking
3702 Flaming Rock Road
Idaho Falls, ID 83401


Cargo Express
2600 E Southernview R
Ozark, MO 65721


CD Consortium Corp
8700 Waukegan Rd Ste 200
Morton Grove, IL 60053


Central Freight
P O Box 847084
Dallas, TX 75284


Century Finance
P O Box 16960
Jonesboro, AR 72403


CenturyLink
P O Box 4300
Carol Stream, IL 60197-4300


Chambers Transportation
P O Box 317
Midland, NC 28107


Christopher Michael & Assoc.
8925 J Street
Omaha, NE 68127

Cirrus Transport Inc
1620C W.Mann Rd.
Laredo, TX 78041


City Of Aurora
44 E Downer Place
Risk Management Office
Aurora, IL 60507


Clayton Cty Radiator, LLC
3981 Thurman Rd
P.O. Box 1112
Conley, GA 30288


Coffee County Tax Commissioner
Attn:  Shanda Henderson
101 South Peterson Ave.
Douglas, GA 31533


Colt Security Agency, Inc.
3978 E. Ponce De Leon
Clarkston, GA 30021


Columbus Transit Company
3314 Morse Road
Columbus, OH 43231


Comcast
P. O. Box 530098
Atlanta, GA 30353


Compass Funding Solutions
PO BOX 205154
Dallas, TX 75320


Coobah Corp
P O BOX 2443
Melrose Park, IL 60164

Cooper Freight Service, Inc.
1081 Arkansas
Memphis, TN 38106


Cordele Intermodal Services
Att: Accounts Receivable
PO BOX 876
Cordele, GA 31010


Corporate Billing, LLC
Po Box 1000 Dept 959
Memphis, TN 38148


Countrywide Cargo Movers Inc
13308 Regal Crest Dr
Clifton, VA 20124


Creative Office Solutions
1625 Williams Drive
Marietta, GA 30066


Crestmark TPG LLC
P.O. Box 682348
Franklin, TN 37068


CS Truck & Trailer Repair
6575 Marshall Blvd
Suite B
Lithonia, GA 30058


D & G Inc
P O BOX 451
Henderson, KY 42420


D & N Trucking Inc
1502 South 12th Street
Princeton, MN 55371

D&E Transport, Inc.
P O Box 12588
Green Bay, WI 54307


D&S Factors
P O Box 1210
Fruitland, ID 83619-1210


D-Jay Petroleum, Inc.
P.O. Box 16
Gainesville, GA 30503


Datt Express Corp
411 Country Club Dr.
Bensenville, IL 60106


David W. Hudson
4075 Bridle Ridge Drive
Suwanee, GA 30024


Davis Transfer (Carnesville)
P O Box 650
Carnesville, GA 30521


Day & Night Transport Inc
9041 Mike Garcia Dr
Manassas, VA 20109


DB Squared, Inc.
P.O. Box 3679
Federal Way, WA 98063


DB&D Investments
P O Box 1678
Tucker, GA 30085

Dedicated Logistic Services
115 Thousand Oaks Ct.
Summerville, SC 29485


Deep South Freight
P.O. Box 5545
Birmingham, AL 35207


DeKalb County Tax Commissioner
Attn: Tom Scott
4380 Memorial Dr Ste. 100
Decatur, GA 30032


Delta Computer Services Inc
4 Dubon Court
Farmingdale, NY 11735


Dennis L. Clark Inc
208 Fruitland Ave.
Buhl, ID 83316


Direct Access Transport
PO Box 2617
Guasti, CA 91743


Direct Haul Carriers LLC
10970 Arrow Rte
Ste 102
Rancho Cucamonga, CA 91730


Distribution Solutions
P O Box 2185
Harrison, AR 72601


Dolphin Line, Inc.
P.O. Box 190549
Mobile, AL 36619

Double Dragon Express
3062 Gene Lane
Fort Worth, TX 76117


Douglas Enterprise
P. O. Box 750
Douglas, GA 31535


DPS Software Systems
41 East Foothill Blvd
Suite 105
Arcadia, CA 91006


Dunk Pye Transportation
P O Box 6171
Greenville, SC 29606


Eagle Capital Corporation
P O Box 4215
Tupelo, MS 38803


East Coast Trailer & Equip
P.O. Box 5171
Charlotte, NC 28299


ECapital LLC
PO BOX 98504
Las Vegas, NV 89193


Econolodge
1820 Mountain Ind Blvd
Tucker, GA 30084


Eliason Ranch Trucking
PO BOX 250
Tremonton, UT 84337

England Carrier Services
P O Box 953086
Saint Louis, MO 63195


Engstrand Trucking
2849 210th Street
Luck, WI 54853


EPES Transport System, Inc.
P O Box 35605
Greensboro, NC 27425


Excel Graphic Services
P.O. Box 2609
Blue Ridge, GA 30513


Exchange Capital Corporation
P O Box 11920
Conway, AR 72034


Express Courier Intl
P.O. Box 678576
Dallas, TX 75267


FAK Logistics, Inc.
PO BOX 5187
Denver, CO 80217


Far West Capital
Po Box 962048
El Paso, TX 79996


FedEx
P O Box 660481
Dallas, TX 75266-0481

Fepco Container Inc
P O Box 348
Conley, GA 30288


Ferrell Gas
P O Box 173940
Denver, CO 80217


Fifth Street Transport LLC
2607 S. 5th Street
Milwaukee, WI 53207


Financial Carrier Services
P O Box 151052
Ogden, UT 84415


FirstLine Funding Group
PO Box 328
Madison, SD 57042


Five Star Trucking Inc
16619 E Trent Ave
Spokane, WA 99216


Flash Funding, LLC
P O BOX 4346
Dept 2
Houston, TX 77210


Fleet Pride
P O Box 281811
Atlanta, GA 30384-1811


Fleetcare Commercial Trucks
PO Box 127
Augusta, GA 30903

FleetNet America Inc
P O Box 970
Cherryville, NC 28021


FleetOne Factoring Inc
P O Box 102970
Atlanta, GA 30368


Florida Beauty Flora Inc
P O Box 528042
Miami, FL 33152


Flynn Distributors
3646 Zoar Road
Snellville, GA 30039


Foley Carrier Services, LLC
PO BOX 642270
Omaha, NE 68164


Freightquote.com
1495 Paysphere Circle
Chicago, IL 60674


FreshPack Produce Inc.
5151 N. Bannock Street
Suite #12
Denver, CO 80216


G&H Logistics, LLC
P O Box 1706
Laredo, TX 78044


G&P Trucking Company, Inc.
126 Access Road
Gaston, SC 29053

Galasso Trucking, Inc.
2 Galasso Place
Maspeth, NY 11378


GBS & Sons Freight Inc
4 Apple Ridge Way
East Brunswick, NJ 08816


General Business Credit
110 E 9th Street
Suite #A-1126
Los Angeles, CA 90079


Georgia Department of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321


Georgia Power Company
96 Annex
Atlanta, GA 30396-0001


Georgia Southern Transport
P O Box 1775
Cartersville, GA 30120


GFY Freight LLC
4084 S. Country Rd 85
Slocomb, AL 36375


Gilbert Truck Center
2822 Jeffersonville Road
Macon, GA 31217


Gill Carrier
5637 W. Hedges Ave
Fresno, CA 93722

Glen R Ellis Inc
2731 Calhoun Ave
Chattanooga, TN 37407


Global Equipment Company
P.O. Box 905713
Charlotte, NC 28290


Global Financial Group
PO BOX 390488
Omaha, NE 68139


Global Recovery Services
PO Box 105795
Atlanta, GA 30348


Globaltranz Enterprises, Inc.
PO BOX 203285
Dallas, TX 75320


Globe Con Freight Systems
P O Box 2999
Phoenix, AZ 85062


Gordillo Transport LLC
2100 W. Orchard Ave
Nampa, ID 83651


Grand Financial Management
100 Bass Pro Mills Drive
Unit 43
Vaughan, ON L4K5X1


Great American Lines
P O Box 712945
Cincinnati, OH 45271

Great Lakes Petroleum
P.O. Box 668807
Charlotte, NC 28266


Great Plains Transportation
P.O. Box 4539
Carol Streams, IL 60197


Greatwide American Trans
Freight LLC
P O BOX 405828
Atlanta, GA 30384-5828


H&W Transfer And Cartage Ser
P O Box 448
Cedartown, GA 30125


Handy Ace Hardware
4405 Hugh Howell Road
Tucker, GA 30084


Hanks Livestock Transport.
P O BOX 641
Ontario, OR 97914


Harris Trailers, Inc.
P O Box 951
Ellenwood, GA 30294


Hayes Transport Inc
P.O.BOX 930279
Verona, WI 53593


Heavy Weight Transport Inc
PO Box 131
Kearny, NJ 07032

Hollar & Greene Produce Co.
P.O. Box 3500
Boone, NC 28607


Home Depot Credit Services
P.O. Box 183175
Dept. 32-2016210506
Columbus, OH 43218-3175


ICON Transportation Inc.
45 West Caldwell St
Mount Juli, TN 37122


Infinite Energy
Payment Center
P.O. BOX 105247
Atlanta, GA 30348-5247


Inland Transportation LLC
PO BOX 20376
Tuscaloosa, AL 35402


Innovative Carriers, Inc
14701 Atlanta Drive
Laredo, TX 78045


Innovative Driver Services
4335 Stuart Andrew Blvd
Suite 102
Charlotte, NC 28217


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
401 W. Peachtree St.
Stop-334D
Atlanta, GA 30308

```
International Express Trucki
4901 Lark Moore Court
SUITE 300
Charlotte, NC 28208


International Transload Inc
PO BOX 5724
Naperville, IL 60567


Interstate Billing Service
P.O. Box 2208
Rush Truck Center
Decatur, AL 35609-2208


Interstate Capital Corp.
P O Box 915183
Dallas, TX 75391-5183


Interstate Express LLC
446 NE 126th Ave.
Portland, OR 97230


J&D Logistics
18420 S. Broadwick Street
Rancho Dominguez, CA 90220


J&H Trucking Inc.
P O BOX 131
Andover, KS 67002


J.J. Keller & Assoc., Inc.
P O Box 548
Neenah, WI 54957-0548


J.L. Rothrock, Inc.
P O Box 77257
Greensboro, NC 27417-7257
```

J.R.C. Transportation Inc.
P.O. Box 15101
Newark, NJ 07192-5101


Jair Logistics Carriers Inc.
1507 Serene Drive
Laredo, TX 78045


JD Factors
P O Box 687
Wheaton, IL 60187


Jefferson County Revenue Dept
Travis Husley, Dir. of Revenue
716 Richard Arrington Blvd. N
Birmingham, AL 35263


JFK Cartage & Convention Svc
248-29 Brookville Blvd.
Rosedale, NY 11422


JJ United Cargo Inc.
16015 Phoenix Dr.
La Puente, CA 91745


JMT Transport
5516 Greenview Ct.
North Richland Hills, TX 76148


JNA Transport LLC
PO Box 485
Carteret, NJ 07008


Jones Motor Logistics Inc
P O Box 200
Spring City, PA 19475

JSH Transport
7146 Brecken Place
Lithonia, GA 30058


Judy Jones Trucking
P O Box 98
Naples, NC 28760


K G L Express
P O Box 327
Elk Grove, CA 95759


KBG Logistics
5 Inez Dr
Bay Shore, NY 11706


Landsberg
P.O. Box 731575
Dallas, TX 75373-1575


Landstar Inway Inc
12793 Collections Ctr Dr
Chicago, IL 60693


Landstar Ligon, Inc.
Drawer CS 100733
Atlanta, GA 30384-0733


Landstar Ranger, Inc
P O Box 8500
Philadelphia, PA 19178


Lesco Logistics LLC.
2407 Eighth Ave.
Chattanooga, TN 37407

```
Letica Resources Inc
P O Box 77000
Dept 77988
Detroit, MI 48277


Lincoln Freight Co.
8417 Amparan Road
El Portal Industrial Park
Laredo, TX 78045


Longbow Transportation & Log
PO BOX 809107
Chicago, IL 60680-9107


Lora Turner And Son Inc
5435 Hundred Acre Pond Rd
Hardyville, KY 42746


Lott Builders Supply Co.
P O Box 439
1201 North Peterson Ave
Douglas, GA 31534-0439


Louisiana Transportation Inc
P O Box 712934
Cincinnati, OH 45271


M & H Express Line LLC
14709 Atlanta Drive
Laredo, TX 78045


M/K Express Company
P.O. Box 509
East Butler, PA 16029


Macke Water Systems, Inc
P O Box 545
Wheeling, IL 60090-0545
```

Marquette Transportation
Finance
P O Box 1450
Minneapolis, MN 55485-7939


Martinez Urgent Care, Inc.
210 Bobby Jones Expwy
Martinez, GA 30907


McClure Trucking
8991 Hwy 276 E
Point, TX 75472


MIKA Transport, Inc.
1614 Larry Lane
Glendale Heights, IL 60139


Milner Technologies, Inc
P. O. Box 923197
Atlanta, GA 30010


Modular Space Corporation
12603 Collections Cent Dr
Chicago, IL 60693-0126


Monster Trucking LLC
230 Rolling Farm Way
Midland, GA 31820


Moody's Tire Service Inc.
4151 Wheeler Road
Augusta, GA 30907


Morgan Southern, Inc.
P.O. Box 83236
Chicago, IL 60691

MTTR, Inc.
1845 S Peterson Avenue
Douglas, GA 31535


Napa
P O Box 409043
Atlanta, GA 30384-9043


National Bankers Trust
P O Box 1752
Memphis, TN 38101


NexAir
P.O. BOX 125
Memphis, TN 38101-0125


Nick's Transportation Svcs
3436 N Nordica Ave
Chicago, IL 60634


North Georgia Warehousing
6255 Fulton Ind Blvd. SW
Atlanta, GA 30336


Northland Trucking
220 11th Street SE
Menahga, MN 56464


O'Brien Transportation, Inc
P.O. Box 1286
Fort Smith, AR 72902


Office Depot, Inc.
P O Box 633204
Cincinnati, OH 45263-3211

Office of the U.S. Trustee
75 Spring Street, SW
362 Richard B. Russell Bldg
Atlanta, GA 30303


Office of the US Attorney
Northern District of Georgia
75 Spring St., SW, Ste. 600
Atlanta, GA 30303


Old Time Express
PO BOX 34
Hartsville, TN 37074


Orange Commercial Credit
P O Box 11099
Olympia, WA 98508


Overhead Door Company
P O Box 14107
Atlanta, GA 30324


Pacific Coast Factors
475-604 Columbia Street
New Westminster, BC
Canada  V3M1A5


Paramount Freight Systems
7290 College Parkway
Suite 200
Fort Myers, FL 33907


Park Transportation Inc.
2100 Busse Rd. #101-103
Elk Grove Village, IL 60007


Partners Funding, Inc.
P O BOX 5431
Carol Stream, IL 60197

Patricia Tafel
302 Perimeter Center N
Atlanta, GA 30346


Pavestone Capital LLC
6905 Hwy 95
Fruitland, ID 83619


Pay4Freight.com
PO BOX 225156
Product Of Carrier Cash
Dallas, TX 75222


Paymax Carrier Services
PO Box 27
Houston, TX 77001


Peach State Truck Center
P O Box 808
Norcross, GA 30091


Penske Logistics
P O Box 7780-5070
Philadelphia, PA 19182-5070


Peterson Funding Company
P O BOX 433
Valley Park, MO 63088-0433


Petroleum Traders Corp
7120 Pointe Inverness Way
Fort Wayne, IN 46804


Pilot Receivables LLC
5500 Lonas Drive
Suite 260
Knoxville, TN 37909

Pinnacle Transport LLC
P O BOX 957
Cedartown, GA 30125


Pioneer Tank Lines Inc
12501 Hudson Rd South
Afton, MN 55001


Porter Billing Services, LLC
P.O. Box 398
Birmingham, AL 35201


Preferred Networks Corp
2625 Cumberland Parkway
Atlanta, GA 30339


Preferred Transport & Dist
504 Riverside Pkwy
Austell, GA 30168


Presto Transportation Inc.
6301 Solitare Lane
Columbus, OH 43231


PTD, Inc
1731 Price House Road
Roebuck, SC 29376


Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874


Quality Compliance Concepts
1270 Caroline Street
Suite D120-340
Atlanta, GA 30307

R & R Pallet Svcs Of Garden
City Inc
P O Box 861
Garden City, KS 67846


R&R Express, Inc
P O Box 912394
Denver, CO 80291


R. E. Garrison Trucking Inc
P O Box 830270
Birmingham, AL 35283


R.C. Moore Inc
8 Ginn Road
Scarborough, ME 04074


Ramirez Transport
223 Litle Mountain Road
Hillsboro, TN 37342


Ramos Services
3720 Regency Cr.
Fort Worth, TX 76137


Reuther Trucking LLC
290 N. Old Hwy. 61
Eolia, MO 63344


Ricoh Customer Finance Corp
P O Box 740423
Atlanta, GA 30374-0423


RICOH USA, INC
P.O. BOX 532530
Atlanta, GA 30353-2530

Riviera Finance
P O Box 310243
Des Moines, IA 50331-0243


Riviera Finance
P O Box 202487
Dallas, TX 75320-2487


Riviera Finance Of Texas
P O Box 535213
Atlanta, GA 30353-5213


Roadstar Transport
5323 Philips Hwy
Jacksonville, FL 32207


Robert Bearden Inc
P O Box 870
Cairo, GA 39828


Rogelio Enrique Mejia
5748 S. Victoria Ave
Los Angeles, CA 90043


Ross Neely Systems, Inc
P.o. Box 12345
Birmingham, AL 35202


Royalty Capital, Inc.
8309 Laurel Canyon
Blvd. #301
Sun Valley, CA 91352


RPM Transportation
137 Runion Drive
Greer, SC 29651

RTS Financial Service
P O Box 840267
Dallas, TX 75284-0267


RTS Financial Service
P O BOX 846142
Dallas, TX 75284-6142


Ryder Transportation Ser.
P O Box 402366
Atlanta, GA 30384-2366


S & H Trucking Inc.
P.O. BOX 6099
Chattanooga, TN 37401


S & W Towing
2158 Tucker Industrial Rd
Tucker, GA 30084


S&S Cargo Carrier
5490 Wood Hollow Drive
Indianapolis, IN 46239


S.B. Cox, Inc.
P.O. Box 7737
Richmond, VA 23231


S.H.I. Logistics
P O BOX 65
North Sioux City, SD 57049


Saint John Capital Corp
PO Box 718
Park Ridge, IL 60068

Sargent Trucking Inc.
P.O. Box 600
Mars Hill, ME 04758


Satilla Rural Electric Mem.
P.O Box 906
Alma, GA 31510


Savannah Cartage, Inc.
P.O. Box 1284
Savannah, GA 31402


Schneider National
P O Box 281496
Atlanta, GA 30384


SDR Trucking LLC
P O Box 753608
Memphis, TN 38175


Security Business Capital
P O Box 60593
Midland, TX 79711


Security Credit Corporation
P O Box 968
Sioux Falls, SD 57101


Senn Freight Lines, Inc.
P.O. Box 1191
Newberry, SC 29108


Servco Marketing Inc
5370-A Truman Drive
Decatur, GA 30035

Service Plus Transport
201 Osborne Rd
Fridley, MN 55432


Service Trucking
P O Box 188
Eustis, FL 32727


SevenOaks Capital Associate
Department 470
P.O. Box 4869
Houston, TX 77210-4869


Shan Brother's Corp
1772 Ruzich Drive
Bartlett, IL 60103


Shell Rapid Lube
1126 SE Bowens Mill Road
Douglas, GA 31533


Sienna Transportation Fin.
24 Wyckoff Ave.
Suite 8
Waldwick, NJ 07463


SkyBitz
Dept CH 16861
Palatine, IL 60055-6861


SM Freight
PO BOX 403
Blenheim, ON NOP1A0


SMS Transportation And Log
1295 South Brown School
Vandalia, OH 45377

Sobon's Truck Repair Inc.
2181 Brockett Rd.
Tucker, GA 30084


South Georgia Western Star
1105 SW Bowens Mill Rd
Douglas, GA 31533


Southeast Alabama Gas Dist.
P O Box 1298
Andalusia, AL 36420


Southern AG Carriers Inc.
P.O. Box 50335
Albany, GA 31703


Southern Auto Electric, Inc.
PO Box 253
Conley, GA 30027


Southern Freight Inc.
99 University Ave.
Atlanta, GA 30315


Southern Tire Mart
P.O. Box 1000
Dept 143
Memphis, TN 38148


SPI International Transp.
P.O. Box 31001-1507
Pasadena, CA 91110


SR Ashe Trucking
P O Box 21667
Albuquerque, NM 87154

Steelhead Finance
2594 E. Barnett Rd. STE C
Medford, OR 97504


Steelman Transportation Inc
P O BOX 843705
Kansas City, MO 64184


Sterling Commercial Credit
P O Box 602630
Charlotte, NC 28260


STR Transport Inc
P O BOX 6401
Jersey City, NJ 07306-0656


Str8 Trucking Inc
2124 Finchley Drive
Charlotte, NC 28215


Sunbelt Finance LLC
P.O. Box 1000
Dept 144
Memphis, TN 38148


Super T Logistics
596 Aspen Dr
Rigby, ID 83442


T & H Transport LLC
2865 135th Street
Toledo, OH 43611


T.G.R. Transport
13990 Fir Street
Oregon City, OR 97045

TA Logistics Inc
4115 Free Trade St
Laredo, TX 78045


TBS Factoring Service LLC
P.O. Box 210513
Kansas City, MO 64121


Tennessee Express, Inc.
22 Stanley Street
Nashville, TN 37210


The Mason An Dixon Lines, In
P O Box 712952
Cincinnati, OH 45271


Titan Tranfer, Inc.
P O Box 151013
OGDEN, UT 84415


TNT Parts, Inc.
P O Box 162507
Atlanta, GA 30321


Toyota Financial Services
Dept 2431
Carol Stream, IL 60132


Toyota Forklifts Of Atlanta
P.O. Box 934134
Atlanta, GA 31193


Toyota Motor Credit Corp
PO Box 3457
Torrance, CA 90510-3457

Trans Corr LLC.
P O Box 1627
Indianapolis, IN 46206-1627


Trans Express LLC
1260 Laurel Ave.
Warminster, PA 18974


Trans Power Corporation
P O Box 1011
Of Mississippi
Columbus, MS 39703


Transam Financial Services
PO BOX 872632
Kansas City, MO 64187


Transflo Express
Box 88322
Milwaukee, WI 53288-0322


Transport Clearings East Inc
P O Box 1093
Charlotte, NC 28201-1093


Transport Factoring Inc
P O Box 167648
Irving, TX 75016


Transport Financial Solutions
P.O. Box 845981
Dallas, TX 75284


Transport Laspi Inc
39 Crosby Ave
Unit 1202
Richmond Hill, ON L4COB1

Transportation Alliance Bank
P O BOX 150290
Ogden, UT 84415-0290


Transportation Funding Group
PO BOX 1575
#160
Minneapolis, MN 55480


Tranwest Capital Inc
Dept 3381
P O BOX 123381
Dallas, TX 75312


Tranzpartners, Inc.
5755 N Point Pkwy
Alpharetta, GA 30022


Trata USA LLC
13251 S. Unitec Dr.
Laredo, TX 78045


TruckCor Transportation
122 Mill Rd
McDonough, GA 30253


Twin Lake Trucking, Ltd
1 Twin Lake Dr
East Saint Louis, IL 62203


U.S. Attorney General
Main Justice Building
10th and Constitution Ave., NW
Washington, DC 20530


U.S. Dept. of Transportation
Anthony Foxx, Secretary
1200 New Jersey Ave SE
Washington, DC 20590

U.S. Xpress, Inc
P.O. Box 933355
Atlanta, GA 31193-3355


UFI Transportation LLC
P O BOX 443
Amory, MS 38821


United Community Bank
2230 Riverside Parkway
Lawrenceville, GA 30043-5931


United Parcel Service
P O Box 7247-0244
Philadelphia, PA 19170-0001


US HealthWorks Medical Grp F
P O Box 404477
Atlanta, GA 30384


USA Drivers, Inc
5937 Jimmy Carter Blvd
Norcross, GA 30071


USA Financial Services LLC
PO  Box 267846
Fort Lauderdale, FL 33326


USA Logistics Inc
PO BOX 722
Lincolnton, NC 28093


Ush Medical Group Of Ga, PC
P O Box 404477
Atlanta, GA 30384

Vanguard- Truck Ctr Of Atl
700 Ruskin Drive
Forest Park, GA 30050


Vertex Logistics
P O Box 1302
Fayetteville, GA 30214


WBC Trucking
P O Box 2567
Kennesaw, GA 30156


West Motor Freight
PO BOX 62891
Baltimore, MD 21264


Western Express Inc.
P O Box 935315
Atlanta, GA 31193-5315


Wilkinson Tire Center, Inc
5029 Lavista Rd
Tucker, GA 30084


Windstream
P.O. Box 9001950
Louisville, KY 40290-1908


Wright Transportation, Inc.
P.O. Box 50317
Mobile, AL 36605


Xtra Lease
P O Box 99262
Chicago, IL 60693-9262

Yankton Factoring, Inc.
PO BOX 217
Yankton, SD 57078


Zaro Transportation
14410 Investment Ave
Laredo, TX 78045


Zip Logistics
P.O. BOX 786
Conley, GA 30288

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re  **Drug Transport, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Drug Transport, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 11, 2014**

Date

**/s/ Gregory D. Ellis**

**Gregory D. Ellis**
Signature of Attorney or Litigant
Counsel for  **Drug Transport, Inc.**
**Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.**
**3343 Peachtree Road, N.E.**
**Ste. 550**
**Atlanta, GA 30326**
**404-262-7373 Fax:404-262-9911**

CERTIFIED COPY OF RESOLUTIONS ADOPTED
BY THE BOARD OF DIRECTORS OF
DRUG TRANSPORT, INC.

The undersigned, being the Director(s) of Drug Transport, Inc., a Georgia corporation (the "Company") and in such capacity, does (do) hereby agree as follows:

It is in the best interest of the Company to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia.

Richard S. Lockwood, Jr. is further authorized, directed and empowered to retain on behalf of the Company, Lamberth, Cifelli, Stokes, Ellis & Nason, P.A. (the "Firm"), to render legal services to, and to represent, the Company as Debtor-in-Possession in the bankruptcy case and related proceedings.

The undersigned further authorizes and directs Richard S. Lockwood, Jr. to employ, on behalf of the Company such other professionals as are determined to be reasonably necessary to assist the Company in connection with the bankruptcy case.

The undersigned further authorizes the Firm to rely upon or follow the directions of Richard S. Lockwood, Jr. in connection with any matter relating to the bankruptcy case and related proceedings.

The undersigned further authorizes Richard S. Lockwood, Jr. to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses, in each case as in her judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted hereby.

The undersigned further states that all acts lawfully done or actions lawfully taken by Richard S. Lockwood, Jr. in connection with the bankruptcy proceedings of the Company or any matter related thereto or by virtue of these resolutions is hereby in all respects ratified, confirmed and approved.

Dated as of the ___/___ day of August, 2014.

DRUG TRANSPORT, INC., a Georgia corporation

By: _____
Name:  Richard S. Lockwood, Jr.
Title:  President

DRUG TRANSPORT, INC., a Georgia corporation

By: _____
Name:
Title:  Director

DRUG TRANSPORT, INC., a Georgia corporation

By: _____
Name:
Title:  Director

DRUG TRANSPORT, INC., a Georgia corporation

By: _____
Name:
Title:  Director

440747