**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In Re:
    **Drug Transport, Inc.**

Case No.: **14−65621−bem**
Chapter: **11**
Judge: **Barbara Ellis−Monro**

# *NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)*

NOTICE IS HEREBY GIVEN TO THE DEBTOR that the above referenced case, which was filed on <u>8/11/14</u>, contains one or more filing deficiencies which must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website <u>www.ganb.uscourts.gov</u>. Failure to correct a deficiency on or before the deadline(s) shown below **may result in dismissal of this case without further notice or opportunity for hearing.**

**To be filed by 08/18/14**
None Apply

**To be Filed by 08/25/14**
Statement of Financial Affairs (Official Form B7)
Schedule A (Official Form B6A)
Schedule B (Official Form B6B)
Schedule D (Official Form B6D)
Schedule E (Official Form B6E)
Schedule F (Official Form B6F)
Schedule G (Official Form B6G)
Schedule H (Official Form B6H)
Summary of Schedules (Official Form B6), Page 1
Statistical Summary of Certain Liabilities (Official Form B6)
Declaration Concerning Debtor's Schedules (Official Form B6)
Attorney Disclosure of Compensation Form (Official form B203)

**To be filed by 09/10/14**
None Apply

**Failure to timely file missing documents or correct deficiencies may result in the dismissal of your bankruptcy case without further notice or opportunity for hearing.**

Dated: 8/12/14          M. Regina Thomas
                               Clerk of Court

Form 430a February 2013      By: Rick Whitmire
                               Deputy Clerk