UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | JOINTLY ADMINISTERED |
| DRUG TRANSPORT, INC. et al., | : | CASE NO. 14-65621 - BEM |
| | : | |
| | : | |
| DEBTORS. | : | CHAPTER 11 |

**APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1102(a), the Acting United States Trustee hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims in the above-captioned case:

See EXHIBIT "A" attached

This the 28th day of August, 2014.

GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE
REGION 21

/s/
David S. Weidenbaum
Georgia Bar No. 745892
Trial Attorney
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA  30303
Tel: (404) 331-4437
Fax: (404) 331-4464
Email: david.s.weidenbaum@usdoj.gov

**EXHIBIT "A"**

| | |
|---|---|
| Ryder Truck Rental, Inc.<br>c/o Kevin P. Sauntry, Corporate Collection Manager<br>6000 Winward Parkway<br>Alpharetta, GA 30005<br>770.569.6511<br>ksauntry@ryder.com | Boswell Oil Company<br>c/o Robert Boswell III, President<br>150 Floyd Drive<br>Athens, GA 30607<br>706.546.8863<br>rmboswell@boswelloil.com |
| Anthony L. Costa<br>49 Grandview Drive<br>South Yarmouth, MA 02664<br>508.641.7229<br>scostaandsons@aol.com | First Bank & Trust<br>d/b/a Firstline Funding Group<br>c/o Lori Gustaf, Vice-President<br>1400 E. Washington Ave. North<br>P.O. Box 328<br>Madison, SD 57042<br>877.609.6717<br>lori.gustaf@firstlinefundinggroup.com |
| Tranz Partners, Inc.<br>c/o Dennis Bakal, President<br>5755 North Point Pkwy<br>Suite 88<br>Alpharetta, GA 30022<br>dbakal@net-ga.com | Prosport Express, Inc.<br>c/o Calin Magherusan, President<br>2260 Landmeier Rd., Ste. E<br>Elk Grove, IL 60007<br>847.354.6855<br>calin@prosportexpress.com |
| T.G.R. Logistics, Inc.<br>d/b/a T.G.R. Transport<br>c/o Tony Rudnitsky, President<br>13990 Fir St.<br>Oregon City, OR 97045<br>503.227.4586<br>ais@aylawfirm.com | |

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on this date I served the foregoing Appointment and Notice of Appointment of Committee by electronic mail to the following:

James C. Cifelli, Esq.
Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.
3343 Peachtree Road, N.E.
Suite 550
Atlanta, GA 30326
Email: jcifelli@lcsenlaw.com

This the 28th day of August, 2014.
*/s*
DAVID S. WEIDENBAUM
Trial Attorney