**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **DRUG TRANSPORT, INC.,** *et al.*, | **Case No. 14-65621-BEM** |
| | **(Jointly Administered)** |
| Debtors. | |

### NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned, proposed local counsel for the Official Committee of Unsecured Creditors, ("Committee"), under, inter alia, Bankruptcy Rules 2002 and 9007 and Section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b), requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon:

> Henry F. Sewell, Jr., Esq.
> McKenna Long & Aldridge LLP
> 303 Peachtree Street, Suite 5300
> Atlanta, Georgia 30308
> Telephone: (404) 527-4000
> Facsimile: (404) 527-4198
> Email: hsewell@mckennalong.com

**PLEASE TAKE FURTHER NOTICE** that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, including Committee with respect to, inter alia, the following: (a) the debtors; or (b) property of the estates, or proceeds thereof, in which the debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use or claim; or (2)

requires or seeks to require any act, delivery of any property, payment or other conduct by Committee.

DATED this 3rd day of September, 2014.

                                                        Respectfully submitted,

                                                        /s/ Henry F. Sewell, Jr.
                                                        Henry F. Sewell, Jr.
                                                        Georgia Bar No. 636265
                                                        McKenna Long & Aldridge LLP
                                                        Suite 5300
                                                        303 Peachtree Street, N.E.
                                                        Atlanta, Georgia 30308
                                                        Telephone: (404) 527-4000
                                                        Facsimile: (404) 527-4198
                                                        Email: hsewell@mckennalong.com

                                                        Proposed Attorneys for the Official
                                                        Committee of Unsecured Creditors

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice Of Appearance and Request For Notices was mailed to the persons listed below, via First-Class United States Mail with sufficient postage prepaid, and addressed as follows:

Drug Transport, Inc.
1939 Forge Street
Tucker, GA 30084
*(Debtors)*

Guy G. Gebhardt
Acting United States Trustee
362 Richard Russell Bldg
75 Spring Street
Atlanta, GA 30303
*(U.S. Trustee)*

David S. Weidenbaum
Office of the United States Trustee
362 Richard Russell Federal Building
75 Spring Street, S.W.
Atlanta, GA 30303
*(Counsel to U.S. Trustee)*

James C. Cifelli, Esq.
Gregory D. Ellis, Esq.
William D. Matthews, Esq.
Lamberth, Cifelli, Stokes, Ellis & Nason
East Tower, Suite 550
3343 Peachtree Road, NE
Atlanta, GA 30326-1022
*(Counsel to the Debtors)*

Joseph J. Burton, Jr.
Mozley, Finlayson & Loggins, LLP
One Premier Plaza - Suite 900
5605 Glenridge Drive
Atlanta, GA 30342
(*Counsel to Bulex, Inc.; C&C Trucking Services; Dennis A. Bakal; Direct Access Transport, Inc.; Prosport Express, Inc.; Rogelio Enrique Mejia; Tranzpartners, Inc.; Globe Con Frieght Systems, Inc.; J& D Logistics, Inc. and JJ&C Transport*)

L. Lou Allen
Stites & Harbison, PLLC
2800 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308
*(Counsel to United Community Bank)*

| | |
|---|---|
| Roy E. Manoll, III<br>Fortson, Bentley & Griffin, P.A.<br>Building 200 - Suite 3A<br>2500 Daniell's Bridge Rd.<br>Athens, GA 30606<br>*(Counsel to Boswell Oil Company)* | James S. Rankin, Jr., Esq.<br>Joshua J. Lewis, Esq.<br>Parker, Hudson, Rainer & Dobbs LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue<br>Atlanta, GA 30303<br>*(Counsel to Branch Banking and Trust Company)* |
| Scott D. Fink<br>Weltman, Weinberg & Reis Co., L.P.A.<br>Lakeside Place, Suite 200<br>323 W. Lakeside Avenue<br>Cleveland, OH 44113-1099<br>*(Counsel to Toyota Motor Credit Corporation)* | TBS Factoring Services LLC<br>Attn: Diana Vermeire<br>One Leadership Square, 15th Floor<br>211 North Robinson<br>Oklahoma City, Ok 73102-7101 |
| Olivia Moody<br>Ricoh USA<br>Recovery Bankruptcy Group<br>3920 Arkwright Road, Suite 400<br>Macon, GA 31210 | |

This 3rd day of September, 2014.

    /s/Henry F. Sewell, Jr.
Henry F. Sewell, Jr.
Georgia Bar No. 636265
McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
Email: hsewell@mckennalong.com

Proposed Attorneys for the Official Committee of Unsecured Creditors

2